

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

CALVIN LEE ASHLOCK,

    Plaintiff,

v.     No. 6:25-CV-075-H

CHRIS JANKOWSKI, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to comply with Court orders. Dkt. No. 14. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for failure to comply with Court orders.

So ordered on December 2, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE